**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**01    0403 CR-HIGHSMITH**

Case No._____

18 U.S.C. § 1015(a)
18 U.S.C. § 1001(a)(2)

**MAGISTRATE JUDGE GARBER**

**UNITED STATES OF AMERICA**

**v.**

**BENY SOLY KRASNER**
_____/

**INDICTMENT**

The Grand Jury charges that:

**COUNT I**

On or about January 26, 2000, in Miami-Dade County, in the Southern District of Florida and elsewhere, the defendant,

**BENY SOLY KRASNER,**

did knowingly and willfully make a false statement under oath in a case, proceeding, or matter relating to naturalization and citizenship, in that the defendant stated in an application for naturalization that he had never been arrested, charged, or convicted of a crime and that he had never been an illicit trafficker in narcotic drugs or marijuana, when in truth and in fact, and as the defendant then and there well knew, he had been previously arrested, charged, and convicted of a drug trafficking crime; in violation of Title 18, United States Code, Section 1015(a).



## COUNT II

On or about January 17, 2001, in Miami-Dade County, in the Southern District of Florida, the defendant,

## BENY SOLY KRASNER,

in a matter within the jurisdiction of the Immigration and Naturalization Service (INS), an agency within the executive branch of the United States Government, did knowingly and willfully make a false and fictitious statement and representation as to a material fact, in that the defendant told an INS inspector that he had never been convicted of a crime anywhere in the world, when in truth and in fact, and as the defendant then and there well knew, he had been previously convicted of a crime in Portugal and was sentenced to prison time; in violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

BENJAMIN G. GREENBERG
ASSISTANT UNITED STATES ATTORNEY

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**01  0403**

UNITED STATES OF AMERICA          CASE NO.  CR-HIGHSMITH

v.                                                                    MAGISTRATE JUDGE

**BENY SOLY KRAZNER**          **CERTIFICATE OF TRIAL ATTORNEY\***  GARBER

---

**Court Division:** (Select One)

**Superseding Case Information:**
New Defendant(s)          Yes ____   No ____
Number of New Defendants ____
Total number of counts ____

__X__ Miami ____ Key West
____ FTL ____ WPB ____ FTP

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:          (Yes or No) __No__
    List language and/or dialect ____

4.  This case will take __2__ days for the parties to try.

5.  Please check appropriate category and type of offense listed below:
    (Check only one)                                    (Check only one)

    I    0 to 5 days        __X__          Petty      ____
    II   6 to 10 days       ____           Minor      ____
    III  11 to 20 days      ____           Misdem.    ____
    IV   21 to 60 days      ____           Felony     __X__
    V    61 days and over   ____

6.  Has this case been previously filed in this District Court? (Yes or No) __No__
    If yes:
    Judge: _____          Case No. _____
    (Attach copy of dispositive order)

    Has a complaint been filed in this matter? (Yes or No) __No__
    If yes:
    Magistrate Case No. _____
    Related Miscellaneous numbers: _____
    Defendant(s) in federal custody as of _____
    Defendant(s) in state custody as of _____
    Rule 20 from the _____   District of _____

    Is this a potential death penalty case? (Yes or No) ____ No ____

7.  Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes _X_ No

8.  Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

                                                        _____
                                                        BENJAMIN G. GREENBERG
                                                        ASSISTANT UNITED STATES ATTORNEY
                                                        Florida Bar No. 0192732

\*Penalty Sheet(s) attached                                          REV.6/27/00

FILED BY 01 APR 27 PM 4: 45  CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

**01      0403 CR-HIGHSMITH**

Defendant's Name: **BENY SOLY KRASNER**                Case No.: <u>MAGISTRATE  JUDGE</u>
<u>GARBER</u>

Count #:        I

_____

### 18 U.S.C. § 1015(a)/false statement regarding naturalization

**\*Max Penalty: 5 years imprisonment**

Count #:        II

_____

### 18 U.S.C. § 1001(a)(2)/false statement to a federal agency

**\*Max. Penalty: 5 years imprisonment**

Count #:

_____

**\*Max. Penalty:**

Count #:

_____

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

Case 1:01-cr-00403-SH Document 1 Entered on FLSD Docket 04/30/2001 Page 5 of 5

No. _ _ _ _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

_ _ _SOUTHERN_ _ _ _ **District of** _ _FLORIDA_ _ _ _ _ _ _

_ _ _ _CRIMINAL_ _ _ _ _ _ _ _ _ _ **Division**

## THE UNITED STATES OF AMERICA

*vs.*

BENY SOLY KRASNER

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

## INDICTMENT

ALL IN VIOLATION OF: 18 USC §1015(a)
18 USC §1001(a)(2)

*A true bill.*

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ **Foreman**

*Filed in open court this* _ _ _ _ _ _27th_ _ _ _ _ _ _ _ *day,*

*of* _ _April_ _ _ _ A.D. 19 2001

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ **Clerk**

*Bail, $* _ _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

GRAND JURY INDICTMENT NO. 03-MCN-247